[No. 73664-7-I.   Division One.   December 14, 2015.]

WILLAPA HARBOR HOSPITAL ET AL., *Respondents*, v. KRISTI FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 14-2-00015-6, Michael J. Sullivan, J., entered October 3, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Trickey, J.

[Nos. 45883-7-II; 46546-9-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CANDACE LYNN RALSTON, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 11-1-00126-1, Toni A. Sheldon, J., entered January 21, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 45942-6-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JACK LITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00773-6, Kevin D. Hull, J., entered March 4, 2014. *Remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46153-6-II.   Division Two.   December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO GODINEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-02162-7, Barbara D. Johnson, J., entered April 2, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Maxa, JJ.